IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF       :       CASE NO.   3:12 MJ 209

THE AT&T CELLULAR TELEPHONE
ASSIGNED CALL NUMBER (937) 346-4465

---

ORDER SEALING APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS AND RETURNS

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned Search Warrants be sealed and kept from public inspection.

__7-1-16__
DATE

__/s/ Sharon L. Ovington__
SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE